Cheryl L. SICKLER, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 05–3353.

United States Court of Appeals,
Federal Circuit.

July 12, 2006.

Rehearing Denied Sept. 15, 2006.

Before MICHEL, Chief Judge,
FRIEDMAN, Senior Circuit Judge and
MAYER, Circuit Judge.

#### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.